THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Peter Edward Duke,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-040
Submitted November 20, 2002  Filed 
 January 15, 2003

APPEAL DISMISSED

 
 
 
Robert J. Harte, of Aiken, for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for respondent.
 
 
 

 PER CURIAM:  Peter Edward Duke 
 pled guilty to criminal sexual conduct with a minor in the second degree and 
 lewd act upon a child.  He was sentenced to seventeen years imprisonment for 
 criminal sexual conduct with a minor in the second degree and fifteen years 
 imprisonment for lewd act upon a child, with the sentences to run concurrently.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Dukes counsel 
 attached a petition to be relieved.  Duke did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Dukes appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.